**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| LATRICE SALVADOR | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:26-CV-00198-SDJ-AGD |
| | § | |
| OFFICER FNU HURTADO, et al. | § | |

**MEMORANDUM ADOPTING ORDER & REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 26, 2026, the Report of the Magistrate Judge, (Dkt. #35), was entered containing proposed findings of fact and recommendation that Defendants' Emergency Motion to Stay Case and Brief in Support Thereof (Dkt. #28) be granted and this case be administratively closed pending resolution of Plaintiff's state criminal charges. The Report recommended that the administrative and statistical closing of the lawsuit not prejudice the rights of Plaintiff or Defendants to proceed with this cause at such time further proceedings are practicable and appropriate. Further, the Report recommended that Plaintiff, within 15 days after receiving notice that the criminal case has been resolved, be required to notify this Court of the outcome of the criminal case and, if appropriate, move to reopen this case. The Report further recommended that, should the undersigned adopt the Report, Plaintiff be required to provide this Court with status updates regarding the progress of the criminal charges and/or case every 90 days, beginning 30 days from entry of the undersigned's Memorandum Adopting Order &

Report and Recommendation of United States Magistrate Judge. The Report recommended that failure to comply with any requirement of the Memorandum Adopting Order & Report and Recommendation of United States Magistrate Judge should result in a recommendation of dismissal of the case. The Report finally recommended that the Clerk be directed not to accept any motions or other documents for filing in this case from Plaintiff other than: (1) a motion to reopen, (2) a motion to dismiss the lawsuit voluntarily, (3) a notice of change of address, and (4) the required status updates concerning Plaintiff's criminal case.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' Emergency Motion to Stay Case and Brief in Support Thereof (Dkt. #28) is **GRANTED** and this case is **ADMINISTRATIVELY CLOSED** pending resolution of Plaintiff's state criminal charges. It is further **ORDERED** that the administrative and statistical closing of the lawsuit shall not prejudice the rights of Plaintiff or Defendants to proceed with this cause at such time further proceedings are practicable and appropriate. It is further **ORDERED** that Plaintiff, within 15 days after receiving notice that the criminal case has been resolved, is required to notify this Court of the outcome of the criminal case and, if appropriate, move to reopen this case. It is further **ORDERED** that Plaintiff is required to provide this Court with status updates regarding the

progress of the criminal charges and/or case every 90 days, beginning 30 days from entry of this Memorandum Adopting Order & Report and Recommendation of United States Magistrate Judge. The failure to comply with any requirement of this Memorandum Adopting Order & Report and Recommendation of United States Magistrate Judge shall result in a recommendation of dismissal of the case. Finally, the Clerk is **DIRECTED** not to accept any motions or other documents for filing in this case from Plaintiff other than: (1) a motion to reopen, (2) a motion to dismiss the lawsuit voluntarily, (3) a notice of change of address, or (4) the required status updates concerning Plaintiff's criminal case.

**So ORDERED and SIGNED this 4th day of September, 2026.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE